UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


CHRISTOPHER G. BROOKS,

        Petitioner,         Case No. 1:10-cv-736

v.         Honorable Paul L. Maloney

CINDI S. CURTIN,

        Respondent.
_____/

## **ORDER**

In accordance with the Opinion entered this day:

**IT IS ORDERED** that a certificate of appealability is **DENIED**.


Dated:   August 9, 2010         /s/ Paul L. Maloney
                                                    Paul L. Maloney
                                                    Chief United States District Judge