UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTOPHER G. BROOKS,

        Petitioner,        Case No. 1:10-cv-736

v.        Honorable Paul L. Maloney

CINDI S. CURTIN,

        Respondent.
_____/

## **JUDGMENT**

In accordance with the Opinion entered this day:

**IT IS ORDERED** that Petitioner's application for habeas corpus relief be **DISMISSED** with prejudice pursuant to Rule 4 of the Rules Governing § 2254 Cases because it fails to raise a meritorious federal claim.

Dated:   August 9, 2010        /s/ Paul L. Maloney
                                                         Paul L. Maloney
                                                         Chief United States District Judge